**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-21770-ALTMAN**

**CONTRELL LEO FLOYD**,

     *Plaintiff*,

v.

**HIGHGATE HOTELS L.P.**,

     *Defendant*.

_____/

## FINAL JUDGMENT

On May 7, 2026, we issued our Order on Summary Judgment [ECF No. 148]. Pursuant to Federal Rule of Civil Procedure 58, we hereby **ORDER AND ADJUDGE** as follows:

1. Judgment is entered in favor of the Defendant. The Plaintiff shall take nothing from this action.

2. This case shall remain **CLOSED**. All deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on May 7, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record